**NATIONAL RAILROAD PASSENGER CORPORATION, Appellant**

v.

**LEXINGTON INSURANCE COMPANY, et al., Appellees.**

No. 06–7158.

United States Court of Appeals, District of Columbia Circuit.

Oct. 3, 2007.

Rehearing En Banc Denied Nov. 6, 2007.

William G. Ballaine, Landman, Corsi, Ballaine & Ford, New York, NY, for Appellant.

Frederick Joseph Wilmer, Kissel & Pesce, LLP, Tarrytown, NY, for Appellees.

BEFORE: SENTELLE, TATEL and GRIFFITH, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs by the parties and oral arguments of counsel. The court has determined that the issues presented occasion no need for an opinion. *See* D.C. CIR. R. 36(b). For the reasons well stated by the District Court, it is

ORDERED and ADJUDGED that the judgment of the District Court is affirmed.

Pursuant to Rule 36 of this Court, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing *en banc.* *See* FED R.APP. P. 41(b); D.C. CIR. R. 41.